JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE R. DUPLESIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | ) Case No. EDCV 23-0127-JPR<br>)<br>)<br>)　　　J U D G M E N T<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: March 21, 2024

　　　　　　　　　　　　　　　　　　/s/ Jean Rosenbluth
　　　　　　　　　　　　　　　　　　JEAN P. ROSENBLUTH
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE